**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6525**

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff - Appellee,

　　　　v.

LAMONT ISAAC CHRISTIAN, a/k/a LA,

　　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.　Raymond A. Jackson, District Judge.　(4:03-cr-00051-RAJ-FBS-1)

Submitted: June 14, 2012　　　　　　Decided: June 20, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lamont Isaac Christian, Appellant Pro Se.　Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Isaac Christian appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Christian</u>, No. 4:03-cr-00051-RAJ-FBS-1 (E.D. Va. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>